UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BRANDON KEITH McCRAY            CIVIL ACTION NO. 11-1349

VERSUS            JUDGE S. MAURICE HICKS, JR.

JOHN FRYER            MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Record Document 24) is **GRANTED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE** to the right to refile it *in forma pauperis*.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 2nd day of September, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE